**EMERALD INTERNATIONAL CORPORATION, Plaintiff– Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 03–5062.

United States Court of Appeals, Federal Circuit.

March 19, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).